IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:24-CR-3081 |
| vs. | ORDER |
| ALEXANDER MARCUS PROVENCHER, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to restrict (filing 28) is granted.

2. The government's motion to dismiss (filing 29) is granted.

3. The operative petition for offender under supervision (filing 3) is dismissed.

Dated this 22nd day of July, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge